IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: |
| Plaintiff, | : | |
| v. | : | Related Civil Action No.: |
| | : | 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO COMPEL AND FOR CONTEMPT AGAINST NON-PARTY PAUL HANSMEIER

COMES NOW, Rajesh Patel, by and through counsel, filing this **Defendant's Motion to Compel and for Contempt Against Hansmeier**, requesting the following relief:

(a) An order compelling Paul Hansmeier to comply and a finding of contempt and imposing sanctions in the form of $500 per day payable to Mr. Patel until he purges himself.

Respectfully Submitted August 30, 2013:

GODFREAD LAW FIRM, P.C.

*s/ Paul Godfread*
Paul Godfread (389316)
GODFREAD LAW FIRM, P.C.
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 284-7325
paul@godfreadlaw.com


SCANNED
SEP - 3 2013
U.S. DISTRICT COURT MPLS