IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS, LLC | : Case No.: |
| Plaintiff, | : |
| v. | : Related Civil Action No.: |
| | : 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : |
| Defendant. | : |

### NOTICE OF DEFENDANT'S MOTION TO COMPEL AND FOR CONTEMPT AGAINST NON-PARTY PAUL HANSMEIER

TO: PAUL HANSMEIER at Class Justice, PLLC, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402; also at Alpha Law Firm, LLC, 80 South 8th Street #900, Minneapolis, MN 55402; also at 225 Portland Avenue South, Unit #507, Minneapolis, MN 55401

Please take notice, that Defendant' Rajesh Patel, will bring a motion to compel and for contempt against Paul Hansmeier before this court at a date and time to be determined.

Dated: August 30, 2013

GODFREAD LAW FIRM, P.C.

*s/ Paul Godfread*
Paul Godfread (389316)
GODFREAD LAW FIRM, P.C.
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 284-7325
paul@godfreadlaw.com


SCANNED
SEP - 3 2013
U.S. DISTRICT COURT MPLS