# EXHIBIT A

Affidavit of Thomas W. Farmer
Service of Subpoena on Paul Hansmeier

SCANNED
SEP - 3 2013
U.S. DISTRICT COURT MPLS

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                           ) ss
COUNTY OF RAMSEY   )                Court File No. 2:12-CV-00262-WCO

Thomas W. Farmer, being duly sworn, on oath says: that on the 5th day of August, 2013 at 10:40 AM he served the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Exhibit A upon Paul Hansmeier, therein named, personally at 300 South 4th Street, Suite 9W, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Paul Hansmeier, a true and correct copy thereof.

Subscribed and sworn to before me
this 9th day of August, 2013.

_____
Notary Public

Carrielynn M. Veitch
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31 2015

Client / Matter #: Patel Rajesh/2:12-cv-00262