IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: |
| Plaintiff, | : | |
| v. | : | Related Civil Action No.: |
| | : | 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : | |
| Defendant. | : | |

## MEET AND CONFER STATEMENT

Pursuant to Local Rule 7.1(a), the undersigned as well as counsel for Defendant in Georgia made several attempts to meet and confer with Paul Hansmeier. We were unable to agree upon any part of the motion and Mr. Hansmeier steadfastly refuses to comply with the subpoena.

Dated: August 30, 2013            GODFREAD LAW FIRM, P.C.

<u>s/ Paul Godfread</u>
Paul Godfread (389316)
GODFREAD LAW FIRM, P.C.
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 284-7325
paul@godfreadlaw.com

