IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS, LLC | : Case No.: |
| Plaintiff, | : |
| v. | : Related Civil Action No.: |
| | : 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I served **Defendant's Motion for Civil Contempt Against Paul Hansmeier** (including: Notice of Motion, Motion, Memorandum in Support, Exhibit A, Exhibit B, Declaration of Blair Chintella, this Affidavit of Service, LR 7.1 Certificate, Meet and Confer Statement) by mailing a copies via first class mail, postage prepaid on Paul Hansmeier at each of the following addresses:

Class Justice, PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

Alpha Law Firm, LLC
80 South 8th Street #900
Minneapolis, MN 55402

225 Portland Avenue South, Unit #507
Minneapolis, MN 55401

Dated August 30, 2013:                    s/ Paul Godfread
                                          Paul Godfread (389316)
                                          GODFREAD LAW FIRM, P.C.

SCANNED
SEP - 3 2013
U.S. DISTRICT COURT MPLS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: |
| Plaintiff, | : | |
| v. | : | Related Civil Action No.: 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I served **Defendant's Motion for Civil Contempt Against Paul Hansmeier** (including: Notice of Motion, Motion, Memorandum in Support, Exhibit A, Exhibit B, Declaration of Blair Chintella, this Affidavit of Service, LR 7.1 Certificate, Meet and Confer Statement) by mailing a copies via first class mail, postage prepaid on Paul Hansmeier at each of the following addresses:

Class Justice, PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

Alpha Law Firm, LLC
80 South 8th Street #900
Minneapolis, MN 55402

225 Portland Avenue South, Unit #507
Minneapolis, MN 55401

Dated August 30, 2013:   s/ Paul Godfread
Paul Godfread (389316)
GODFREAD LAW FIRM, P.C.