IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS, LLC | Case No.: 0:13-cv-00068-PJS-TNL |
| Plaintiff, | |
| v. | Related Civil Action No.: 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | |
| Defendant. | |

NOTICE OF HEARING ON MOTION

TO: Paul R. Hansmeier, Class Justice, PLLC, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402; Alpha Law Firm, 80 South 8th Street #900, Minneapolis, MN 55402; 225 Portland Avenue South #507, Minneapolis, MN 55401.

PLEASE TAKE NOTICE, that on Wednesday, October 16, 2013 at 10:00am, or as soon thereafter as he may be heard at Courtroom 3A in the Warren E. Burger Federal Courthouse, 316 North Robert Street, Saint Paul, MN 55101, Defendant Rajesh Patel will bring his motion for contempt and motion to compel before the Honorable Tony N. Leung.

Dated: September 4, 2013

GODFREAD LAW FIRM, PC

By: s/Paul Godfread
Paul Godfread (389316)
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 284-7325
paul@godfreadlaw.com

*Attorney for Rajesh Patel*