IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: |
| Plaintiff, | : | |
| v. | : | Related Civil Action No.: |
| | : | 2:12-cv-00262-WCO (N.D. Ga.) |
| RAJESH PATEL, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I served **Defendant's Notice of Hearing** by mailing a copies via first class mail, postage prepaid on Paul Hansmeier at each of the following addresses:

Class Justice, PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

Alpha Law Firm, LLC
80 South 8th Street #900
Minneapolis, MN 55402

225 Portland Avenue South, Unit #507
Minneapolis, MN 55401

Dated September 4, 2013:    s/ Paul Godfread
Paul Godfread (389316)
GODFREAD LAW FIRM, P.C.