# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: 0:13-mc-00068 JNE-FLN |
| Plaintiff, | : | |
| v. | : | Related Civil Action No.: |
| | : | 12-cv-01445 JNE-FLN |
| RAJESH PATEL, | : | 2:12-cv-00262-WCO (N.D. Ga.) |
| Defendant. | : | |

## NOTICE OF HEARING ON MOTION

TO: Paul R. Hansmeier, Class Justice, PLLC, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402; Alpha Law Firm, 80 South 8th Street #900, Minneapolis, MN 55402; 225 Portland Avenue South #507, Minneapolis, MN 55401.

PLEASE TAKE NOTICE, that on Monday, October 21, 2013 at 9:30am, or as soon thereafter as he may be heard at Courtroom 9W in the Minneapolis Federal Courthouse 300 South Fourth Street, Minneapolis, MN 55415, Defendant Rajesh Patel will bring his motion for contempt and motion to compel before the Honorable Franklin L. Noel.

Dated: September 10, 2013

GODFREAD LAW FIRM, PC

By: s/Paul Godfread
Paul Godfread (389316)
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
(612) 284-7325
paul@godfreadlaw.com

*Attorney for Rajesh Patel*