IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS, LLC | : Case No.: 13-mc-00068 JNE-FLN |
| Plaintiff, | : |
| v. | : Related Civil Action No.: |
| | : 12-cv-01445 JNE-FLN |
| RAJESH PATEL, | : 2:12-cv-00262-WCO (N.D. Ga.) |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I served **Defendant's Notice of Hearing** by mailing a copy via first class mail, postage prepaid on Paul Hansmeier at each of the following addresses:

Class Justice, PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402

Alpha Law Firm, LLC
80 South 8th Street #900
Minneapolis, MN 55402

225 Portland Avenue South, Unit #507
Minneapolis, MN 55401

I further certify, that despite requesting that Mr. Hansmeier clarify which mailing address he would like to accept service in this matter, he refused to answer and he suggested that my request was made in bad faith. Copies have also been sent to the email address <mail@classjustice.org>.

I further certify that the certificate of service filed on September 4, [Doc. 8-1] contained an error. Those documents were served on September 4, not August 30.

Dated September 10, 2013:            s/ Paul Godfread
                                     Paul Godfread (389316)
                                     GODFREAD LAW FIRM, P.C.