

RECEIVED BY MAIL
SEP 24 2013
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Clerk of Court
300 South 4th St.
Minneapolis, MN

Paul Hansmeier
Class Justice PLLC
100 S 5th St. Ste 1600
Minneapolis, MN 55402