# EXHIBIT A



Mail Mail <mail@classjustice.org>

## subpoena

22 messages

---

**Bchintel1** <bchintel1@gmail.com>                                    Tue, Aug 27, 2013 at 4:10 PM
To: mail@classjustice.org
Cc: Paul Godfread <godfreadlaw@gmail.com>

Dear Mr. Hansmeier,

We never got to finish our conversation on the 22nd regarding the subpoena that was served on you. As I'm sure you're aware, it's now overdue and you did not file an objection within the fourteen day period prescribed by Rule 45(c)(2)(B). Please feel free to contact me at your earliest convenience to discuss possibly avoiding more legal time and expense.

Additionally, it's my understanding that you're in regular contact with Mark Lutz. Are you authorized to accept service on his behalf regarding the subpoena we served on him or any other matter, for that matter? Please advise.

Lastly, I am copying Paul Godfread in this matter. He will be working with us in Minnesota. However, until we file something with the Court you should only contact me regarding Mr. Patel's case I am the only person authorized to communicate on his behalf at this point, at with respect to anything relevant to the subpoena that he served on you.

If I do not hear from you before close of business tomorrow (Georgia time), and if we cannot resolve any compliance issues, we fully intend to file something in Minnesota. Along those lines, please let me know the best address to reach your at. We would like to avoid any issues regarding proper service.

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com

---

**Mail Mail** <mail@classjustice.org>                                  Tue, Aug 27, 2013 at 4:21 PM
To: Bchintel1 <bchintel1@gmail.com>
Cc: Paul Godfread <godfreadlaw@gmail.com>

Hi Blair:

I just tried calling you back. When we last spoke there was confusion about whether the subpoena was due on the 20th or the 30th. You indicated that you did not know either, and that I could have until the 30th regardless. My plans haven't changed and I still plan on complying by the 30th, which is a mere three days away. If there is a compelling reason why you need information sooner than that, please let me know and I will do my best to be accommodating.

Thanks,
Paul

[Quoted text hidden]

**Bchintel1** <bchintel1@gmail.com>                                              Wed, Aug 28, 2013 at 1:49 PM
To: Mail Mail <mail@classjustice.org>
Cc: Paul Godfread <godfreadlaw@gmail.com>

Mr. Hansmeier,

I want to clarify a few things. First, I never agreed to give you until the 30th to comply with the subpoena. You asked me on the phone whether you could have another week, and I said that I didn't think that that would be a problem but to send me an e-mail and I would respond to let you know. At no point did I agree to an extension of time, the reason being that we are under a tight discovery schedule so I needed to review my clients file and I was in the middle of a meeting, hence why I told you to send me an e-mail and I would respond. And for whatever reason you never sent me an e-mail afterwards so I began preparing to file in Minnesota. You may not have been aware, but I was actually in a meeting with another attorney when you called and they're willing to attest to our conversation if necessary.

With that being said, we *are* willing to give a one week extension to comply with the subpoena from the date of our conversation, which was August 22, 2013. That means that you must comply with the subpoena before 5:00 PM Minnesota time on August 29, 2013, this Thursday, or we fill file something with the Court immediately thereafter.

I want to make it absolutely clear that in no way are we waiving Rule 45's fourteen (14) day objection period. In other words, you failed to object within the fourteen (14) day period prescribed by the Rule; therefore, any objections are waived. We are not giving this extension of time for you to object. It's solely being given as a courtesy for you to fully comply with the subpoena.

Also, I would appreciate it as a professional courtesy if you would send correspondence using my surname. I sometimes use first names with attorneys that I know, but in this particular case I think it's best that we try to maintain a certain level of professionalism. I will do the same.

Lastly, you never answered my questions about the address that you prefer for service and whether you are authorized to accept service for Mark Lutz regarding any matter.

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com

[Quoted text hidden]

---

**Mail Mail** <mail@classjustice.org>                                            Wed, Aug 28, 2013 at 3:25 PM
To: Bchintel1 <bchintel1@gmail.com>
Cc: Paul Godfread <godfreadlaw@gmail.com>

Blair:

Thank your for your e-mail. I stand by my summary of our conversation. We should reduce our future communications to writing so that we do not have any misunderstandings. If you insist on moving our previously-agreed deadline up by 24 hours, then I will do my best to comply.

Thanks,

Paul
[Quoted text hidden]

---

**Bchintel1** <bchintel1@gmail.com> Wed, Aug 28, 2013 at 6:59 PM
To: Mail Mail <mail@classjustice.org>
Cc: Paul Godfread <godfreadlaw@gmail.com>

Dear Mr. Hansmeier,

Please refer to me in a professional manner. I don't appreciate the discourtesy. And I'd like to reiterate once again, we never had an agreement. I don't appreciate the fact that you're essentially trying to fabricate a controversy when there is none. I have two witnesses to our conversation who can attest to the fact that I never agreed to give you until the 30th to comply with the subpoena. If you lie to me again, I will file be forced to file an ethics complaint and notify the Court insofar as it could adversely impact my client's case.


Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com


[Quoted text hidden]

---

**Mail Mail** <mail@classjustice.org> Thu, Aug 29, 2013 at 9:33 AM
To: Bchintel1 <bchintel1@gmail.com>, Paul Godfread <godfreadlaw@gmail.com>

Blair:

I reviewed the docket in underlying matter and learned that a motion to quash is pending with respect to the very subpoena we have been discussing. This is something you should have informed me of. As you know, AF Holdings is a client of mine in cases pending in the U.S. District Court for the District of Minnesota and they have a right to object to theses subpoenas, as the subpoenas implicate the attorney-client privilege.

As with Comcast, Google and every other non-party subpoena recipient, I cannot comply with the subpoena pending the Court's ruling on the motion to quash.

Please confirm your receipt of this e-mail.

Paul
[Quoted text hidden]

---

**Bchintel1** <bchintel1@gmail.com> Thu, Aug 29, 2013 at 10:13 PM
To: Mail Mail <mail@classjustice.org>

Hi Paul,

I received your e-mail, but would like to remind you that when you were served with the subpoena it was your duty - especially as an attorney - to check the docket of where the underlying case is pending. Moreover, the face of the subpoena clearly states "AF Holdings,' which you state is your client. Therefore, I simply do not find it that you were somehow unaware of the case or wouldn't even check the docket in a timely fashion, especially considering that the very same day you were served, you were accompanying Mark Lutz to a hearing involving AF Holdings...At any rate, if you think that it would be beneficial to disclose all of our pending cases to one another so that we can check all of the dockets, please send me a list of all your current clients/cases and I'd be happy

to do the same in return.

You have still yet to respond to my questions regarding the best address to serve you at as well as whether you're accepting service on behalf of Mark Lutz.

I also want to add that from the tone of your e-mails I seems that you consider me a friend. You continue to address me in a casually despite my requests that we keep our distance in a professional fashion. So I'm somewhat confused when you refuse to answer these basic questions?

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com

[Quoted text hidden]

---

**Mail Mail** <mail@classjustice.org>                                    Fri, Aug 30, 2013 at 4:36 PM
To: Bchintel1 <bchintel1@gmail.com>

Hi Blair:

I believe your conduct constitutes a fraud on the court, and believe it is my duty to notify the relevant authorities of the same. I will be glad to comply with the subpoena should the Court deny the motion to quash.

Regards,
Paul
[Quoted text hidden]

---

**Bchintel1** <bchintel1@gmail.com>                                      Fri, Aug 30, 2013 at 4:54 PM
To: Mail Mail <mail@classjustice.org>
Cc: Paul Godfread <godfreadlaw@gmail.com>

Hi Paul,

Please copy attorney Godfread on all correspondence as well. Thanks.

Sincerely,

Blair Chintella
404-831-5779 (main)
404-579-9668 (backup)
www.chintellalaw.com

[Quoted text hidden]

---

**Bchintel1** <bchintel1@gmail.com>                                      Tue, Sep 3, 2013 at 9:32 AM
To: Mail Mail <mail@classjustice.org>
Cc: Paul Godfread <godfreadlaw@gmail.com>