UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Hodlings, LLC,                                              Civil No. 13-mc-68 (JNE/FLN)

      Plaintiff,

v.

                                         **AMENDED ORDER**

Rajesh Patel,

      Defendant.

_____

Paul Hansmeier, *pro se*.
Paul Godfread for Defendant.

_____

**THIS MATTER** came before the Undersigned Magistrate Judge in October 2013 on Defendant's motion to compel a subpoena response and for contempt (ECF No. 1). Patel's motion stems from a case pending in the Northern District of Georgia. Case. No. 12-262. On January 13, 2014, this Court granted Defendant's motion to compel on the basis that the Georgia court denied AF Holdings' motion for a protective order which, in part, sought to quash numerous third-party subpoenas. ECF No. 14. Included among those subpoenas was one issued by this Court and served on Paul Hansmeier. Case. No. 12-262, ECF No. 60-10. However, it has been brought to this Court's attention that AF Holdings' motion to quash the same third-party subpoenas (including the subpoena served on Hansmeirer) was simultaneously granted by the Georgia court on the basis that the Defendant did not timely object. Case. No. 12-262, ECF No. 90. Having further reviewed the Georgia court's December 18, 2013 order, this Court concludes that all of the third-party subpoenas—including the subpoena served on Paul Hansmeier—were quashed. Based upon the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1

Patel's motion to compel and for contempt (ECF No. 1) is **DENIED.**

DATED: January 24, 2014                               *s/ Franklin L. Noel*
                                                     FRANKLIN L. NOEL
                                                     United States Magistrate Judge